BATTERY PARK NATIONAL BANK, complainant-appellee,

*v.*

WILLIAMS ALLEN HUNT et al., defendants-appellants.

[Argued March 15th, 1915.   Decided June 14th, 1915.]

On appeal from a decree of the court of chancery·advised by Vice-Chancellor Lewis, whose opinion is reported in *83 N. J. Eq. 521.*

*Messrs. Condict, Condict & Boardman,* for the respondents.

*Mr. Arthur F. Egner* and *Mr. Robert H. McCarter,* for the appellant.

Affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.